IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOE HAND PROMOTIONS INC.**                                                        **PLAINTIFF**

**v.**                        **Case No. 4:19-cv-00569-LPR**

**JWC MANAGEMENT LLC d/b/a/ BIG D'S SPORTS BAR**          **DEFENDANTS**
**and JASON CASTILLOW**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgement is entered in Plaintiff Joe Hand Promotion Inc.'s favor in the total amount of $10,700 as follows:[1]

| | |
|---|---|
| Statutory damages under 47 U.S.C. § 605(e)(3)(C)(i)(II): | $2,500. |
| Enhanced damages under 47 U.S.C. § 605(e)(3)(C)(ii): | $5,000. |
| Attorneys' fees under 47 U.S.C. § 605(e)(3)(B)(iii): | $2,500. |
| Costs under 47 U.S.C. § 605(e)(3)(B)(iii): | $700. |

Post-judgment interest shall be calculated at a rate of .06% from the date of the entry of this Judgment. "Interest shall be computed daily to the date of payment" and "compounded annually."[2]

IT IS SO ADJUDGED this 26th day of April 2021.

LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT

---

[1] As discussed in the Order, Defendants are jointly and severally liable for the total amount of damages awarded.

[2] 28 U.S.C. § 1961(b).